IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GWENDOLYN CRAFT; et al.,    )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:14cv93-MHT
                            )         (WO)
TRIUMPH LOGISTICS, INC.;    )
et al.,                     )
                            )
    Defendants.             )
```

OPINION AND ORDER

The allegations of the plaintiffs' complaint are insufficient to invoke this court's diversity-of-citizenship jurisdiction. The allegations must show that the citizenship of each plaintiff is different from that of each defendant. 28 U.S.C. § 1332.

The plaintiffs' complaint fails to meet this standard. The complaint gives the "residence" rather than the "citizenship" of plaintiffs Gwendolyn Craft, Brandy Craft, and Julie Butler and defendant Reco Gerome Williams. An allegation that a party is a "resident" of a State is not sufficient to establish that a party is a

"citizen" of that State.  <u>Delome v. Union Barge Line Co.</u>, 444 F.2d 225, 233 (5th Cir.), <u>cert</u>. <u>denied</u>, 404 U.S. 995 (1971).

***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiffs have until March 10, 2014, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 27th day of February, 2014.

                       /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**