IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GWENDOLYN CRAFT, BRANDY      )
CRAFT, and JULIE BUTLER,     )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:14cv93-MHT
                             )          (WO)
TRIUMPH LOGISTICS, INC.,     )
and RECO GEROME WILLIAMS,    )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' partial motion for summary judgment (doc. no. 35) is granted.

(2) The plaintiffs' "wantonness claims" and "training claims" are dismissed.

(3) This case will go to trial on only the plaintiffs' "negligence claims" against both defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 8th day of April, 2015.**

                               /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**