IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GWENDOLYN CRAFT, BRANDY    )
CRAFT, and JULIE BUTLER,   )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:14cv93-MHT
                           )         (WO)
TRIUMPH LOGISTICS, INC.,   )
and RECO GEROME WILLIAMS,  )
                           )
     Defendants.           )
```

### JUDGMENT

By agreement of the parties made on the record by counsel on May 4, 2015, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Julie Butler is dismissed as a party and terminated from this case with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 5th day of May, 2015.

                                        /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE