IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GWENDOLYN CRAFT and BRANDY   )
CRAFT,                        )
                              )
     Plaintiffs,              )
                              )        CIVIL ACTION NO.
     v.                       )          2:14cv93-MHT
                              )              (WO)
TRIUMPH LOGISTICS, INC.,      )
and RECO GEROME WILLIAMS,     )
                              )
     Defendants.              )
```

## JUDGMENT

By agreement of the parties made on the record on May 5, 2015, it is the ORDER, JUDGMENT, and DECREE of the court that that this case is dismissed in its entirety with prejudice and with the parties to bear their own court costs.

It is further ORDERED that 'jury costs' are taxed and to be paid to the clerk of the court as follows: $ 500 to plaintiffs and $ 500 to defendants, for a total of $ 1,000.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of May, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**